# 08 CV 2496

**JUDGE CROTTY.**

CLOSED

## U.S. District Court
### Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:07-cv-04375-JG-SMG
### Internal Use Only

#1

Crouse et al v. Aequus Technologies Corporation et al
Assigned to: Judge John Gleeson
Referred to: Chief Magistrate Steven M. Gold
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 10/19/2007
Date Terminated: 03/03/2008
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Daryl Crouse**

represented by **Steven Bennett Blau**
Blau Brown & Leonard
21 East 40th Street
New York, NY 10016
(212) 725-7272
Email: sbblaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

U.S. DISTRICT COURT
FILED
MAR 1 2 2008
S.D. OF N.Y.

**Plaintiff**

**Charles Reeves, Jr.**

represented by **Steven Bennett Blau**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Aequus Technologies Corporation**

represented by **Joshua Zuckerberg**
Pryor, Cashman, Sherman & Flynn
410 Park Avenue
New York, NY 10022
212-421--4100
Email:
jzuckerberg@pryorcashman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A TRUE COPY
ATTEST
DATED March 11 20 08
ROBERT C. HEINEMANN
CLERK
BY Jeanne Piper
DEPUTY CLERK

**Defendant**

3/11/2008 11:45 AM

| | | |
|---|---|---|
| **Communication Access Network of America, Inc.** | represented by | **Joshua Zuckerberg** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Richard Schatzberg** | represented by | **Joshua Zuckerberg** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Snap Telecommunications, Inc.** | represented by | **Joshua Zuckerberg** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Eric Hellige** | represented by | **Joshua Zuckerberg** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/19/2007 | 1 | COMPLAINT against Aequus Technologies Corporation, Communication Access Network of America, Inc., Richard Schatzberg, Snap Telecommunications, Inc., Eric Hellige $ 350, filed by Daryl Crouse, Charles Reeves, Jr. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 10/22/2007) |
| 10/19/2007 |  | Summons Issued as to Aequus Technologies Corporation, Communication Access Network of America, Inc., Richard Schatzberg, Snap Telecommunications, Inc., Eric Hellige. (Bowens, Priscilla) (Entered: 10/22/2007) |
| 11/08/2007 | 2 | WAIVER OF SERVICE Returned Executed by Daryl Crouse. Eric Hellige waiver sent on 10/29/2007, answer due 12/28/2007. (Blau, Steven) (Entered: 11/08/2007) |
| 11/25/2007 | 3 | SCHEDULING ORDER: An Initial Conference is set for 1/29/2008 at 10:00 AM in 13D South before Chief Magistrate Judge Steven M. Gold. Counsel are to refer to the attached Order for additional information. (Vasquez, Lea) (Entered: 11/25/2007) |
| 12/04/2007 | 4 | WAIVER OF SERVICE Returned Executed by Daryl Crouse, Charles Reeves, Jr. Snap Telecommunications, Inc. waiver sent on 10/29/2007, answer due 12/28/2007. (Blau, Steven) (Entered: 12/04/2007) |

| | | |
|---|---|---|
| 12/04/2007 | ●5 | WAIVER OF SERVICE Returned Executed by Daryl Crouse, Charles Reeves, Jr. Communication Access Network of America, Inc. waiver sent on 10/29/2007, answer due 12/28/2007. (Blau, Steven) (Entered: 12/04/2007) |
| 12/04/2007 | ●6 | WAIVER OF SERVICE Returned Executed by Daryl Crouse, Charles Reeves, Jr. Richard Schatzberg waiver sent on 10/29/2007, answer due 12/28/2007. (Blau, Steven) (Entered: 12/04/2007) |
| 12/04/2007 | ●7 | WAIVER OF SERVICE Returned Executed by Daryl Crouse, Charles Reeves, Jr. Aequus Technologies Corporation waiver sent on 10/29/2007, answer due 12/28/2007. (Blau, Steven) (Entered: 12/04/2007) |
| 12/19/2007 | ●8 | AMENDED COMPLAINT *Daryl Crouse and Charles Reeves, Jr.* against Aequus Technologies Corporation, Communication Access Network of America, Inc., Richard Schatzberg, Snap Telecommunications, Inc., Eric Hellige, filed by Daryl Crouse, Charles Reeves, Jr. (Blau, Steven) (Entered: 12/19/2007) |
| 12/19/2007 | ●9 | STIPULATION *setting schedule for service of amended complaint and responses thereto* by Aequus Technologies Corporation, Communication Access Network of America, Inc., Richard Schatzberg, Snap Telecommunications, Inc., Eric Hellige (Zuckerberg, Joshua) (Entered: 12/19/2007) |
| 12/20/2007 | ● | ORDER re 9 Stipulation, filed by Eric Hellige, Communication Access Network of America, Inc., Richard Schatzberg, Aequus Technologies Corporation, Snap Telecommunications, Inc. The stipulation setting the deadline to serve the ameded complaint and response is approved and hereby entered as an Order of the Court. So Ordered by Chief Magistrate Judge Steven M. Gold on 12/20/2007. (Vasquez, Lea) (Entered: 12/20/2007) |
| 01/14/2008 | ●10 | ANSWER to 8 Amended Complaint, by Aequus Technologies Corporation, Communication Access Network of America, Inc., Richard Schatzberg, Snap Telecommunications, Inc., Eric Hellige. (Attachments: # 1 Affidavit of Service) (Zuckerberg, Joshua) (Entered: 01/14/2008) |
| 01/23/2008 | ●11 | First MOTION to Adjourn Conference *from Jan. 29 to Feb. 11, 2008* by Aequus Technologies Corporation, Communication Access Network of America, Inc., Richard Schatzberg, Snap Telecommunications, Inc., Eric Hellige. (Zuckerberg, Joshua) (Entered: 01/23/2008) |
| 01/23/2008 | ● | ORDER granting 11 Motion to Adjourn Conference. The conference previously scheduled for January 29th will instead be held at 10:00 a.m. on February 11, 2008. So Ordered by Chief Magistrate Judge Steven M. Gold on 1/23/2008. (Vasquez, Lea) (Entered: 01/23/2008) |
| 02/07/2008 | ● | ORDER: Due to a scheduling conflict, the initial conference scheduled for February 11, 2008 will be held at 4:00 p.m. Counsel are requested to confirm with each other that all are aware of the change in time. So |

| | | |
|---|---|---|
| | | Ordered. Ordered by Chief Magistrate Steven M. Gold on 2/7/2008. (O'Connor, Erin) (Entered: 02/07/2008) |
| 02/11/2008 | 🔘12 | Emergency MOTION to Adjourn Conference *scheduled for today due to illness,* by Aequs Technologies Corporation, Communication Access Network of America, Inc., Richard Schatzberg, Snap Telecommunications, Inc., Eric Hellige. (Zuckerberg, Joshua) (Entered: 02/11/2008) |
| 02/11/2008 | 🔘13 | Amended MOTION to Adjourn Conference *due to illness, and proposing alternative dates for conference,* by Aequus Technologies Corporation, Communication Access Network of America, Inc., Richard Schatzberg, Snap Telecommunications, Inc., Eric Hellige. (Zuckerberg, Joshua) (Entered: 02/11/2008) |
| 02/11/2008 | 🔘 | ORDER granting 12 Motion to Adjourn Conference; granting 13 Motion to Adjourn Conference. Today's conference will be held at 4:00 p.m. on February 19, 2008. So Ordered by Chief Magistrate Judge Steven M. Gold on 02/11/2008. (Vasquez, Lea) (Entered: 02/11/2008) |
| 02/20/2008 | 🔘 | Minute Entry for proceedings held before Chief Magistrate Judge Steven M. Gold:Initial Conference Hearing held on 2/19/2008. Blau and Leonard for plaintiffs, Zuckenberg for defendants. (1) Plaintiffs will submit a letter within two weeks stating the basis for venue in this district or stipulating to transfer venue to SDNY. Assuming the case remains here, it will proceed pursuant to the schedule agreed to during the conference held today. Pursuant to that schedule, interrogatories and document demands, together with proposals for the manner in which electronic documents will be exchanged, will be served by 3/29 and answered within 30 days of service. A telephone conference, arranged by counsel, will be held at 4:00 p.m. on May 8th at which time counsel will state their position on whether they seek mediation (and if so, in what forum) and, if they do not, will propose a schedule for completing deposition. (Vasquez, Lea) (Entered: 02/20/2008) |
| 02/29/2008 | 🔘14 | Letter MOTION to Change Venue *to Southern District of New York* by Daryl Crouse, Charles Reeves, Jr. (Blau, Steven) (Entered: 02/29/2008) |
| 02/29/2008 | 🔘 | ORDER granting 14 Motion to Change Venue. Ordered by Chief Magistrate Steven M. Gold on 02/29/08. (Gold, Steven) (Entered: 02/29/2008) |
| 03/03/2008 | 🔘 | Case transferred to Southern District of New York. Certified copy of Docket Sheet sent. (Piper, Francine) (Entered: 03/03/2008) |
| 03/05/2008 | 🔘15 | Letter dated 3/5/08 from Francine Piper to Clerk, Southern District of New York, advising that this case is transfer and PDF Documents will be emailed to Dorothy Guranich and Phyllis Adamik. (Piper, Francine) (Entered: 03/05/2008) |

| 03/10/2008 | | (Court only) ***Staff notes - Advised from Southern District of New York, Phyllis Adamik, that the PDF documents sent through email were not being accepted. Documents are being mailed by Federal Express. (Piper, Francine) (Entered: 03/10/2008) |
|---|---|---|
| 03/10/2008 | 16 | Letter dated 3/10/08 from Francine Piper to Clerk of Court, Southern District of New York, enclosing documents in regards to the transferring of this action. (Piper, Francine) (Entered: 03/10/2008) |
| 03/10/2008 | 17 | CERTIFICATE OF SERVICE of re 16 Letter, 11 First MOTION to Adjourn Conference 7 Waiver of Service Executed, 3 Scheduling Order, 1 Complaint, 2 Waiver of Service Executed, 8 Amended Complaint, 10 Answer to Amended Complaint, 6 Waiver of Service Executed, 4 Waiver of Service Executed, 15 Letter, 14 Letter MOTION to Change Venue 9 Stipulation, 5 Waiver of Service Executed, 12 Emergency MOTION to Adjourn Conference scheduled for today due to illness, 13 Amended MOTION to Adjourn Conference due to illness, and proposing alternative dates for conference VIA FEDEX ON 3/10/08 UPON CLERK OF COURT, SOUTHERN DISTRICT OF NEW YORK. PACKAGE TRACKING #861078815500. (Piper, Francine) (Entered: 03/10/2008) |