# PRYOR CASHMAN LLP

New York | Los Angeles

410 Park Avenue, New York, NY 10022  Tel: 212-421-4100  Fax: 212-326-0806    www.pryorcashman.com

August 8, 2008

**VIA FACSIMILE (212) 805-6304**

Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 11 2008
```

Re:   Daryl Crouse, et al. v. Aequus Technologies Corp., et al. 8 Civ. 2496 (PAC)

**MEMO ENDORSED**

Dear Judge Crotty:

Counsel for the above-referenced parties are submitting this letter jointly to request a one week adjournment of the court conference currently scheduled for August 26, 2008. We are seeking this adjournment so that counsel for the parties are able to coordinate the filing of letters with the Court on outstanding discovery dispute issues. Counsel propose that plaintiff shall submit its letter to the Court by no later than Monday, August 25, 2008. Pursuant to the Court's rules, Defendants would file its responsive letter with the Court by Thursday, August 28.

The Court conference would then be held on Tuesday, September 4, 2008 at 4 PM. At which point, the Court would hopefully have had an opportunity to review the letters and counsel would be prepared to address the issues to the Court.

We are unable to arrange for an exchange of letters to the Court before this time due to vacation schedules. Counsel would appreciate the Court's accommodation of this request, and we thank the Court for its consideration of this application.

Respectfully Submitted,

Pryor Cashman LLP
Counsel for Defendants

By: _____
Joshua Zuckerberg (jzuckerberg@pryorcashman.com)

Cc: Steve Blau, counsel for plaintiff, by Facsimile (212) 488-4848
763850

Application GRANTED. The conference is adjourned to 9/4/08 at 4:00 pm in Courtroom 20C.

SO ORDERED: AUG 11 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE